GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
CAITLIN NOEL
Assistant United States Attorney
Arizona State Bar No. 033812
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Caitlin.Noel@usdoj.gov
Attorneys for Plaintiff

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Tyrone Thomas Demps,<br><br>　　　　Defendant. | No. CR-21-00409-PHX-SPL(ESW)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. § 1341<br>(Mail Fraud)<br>Count 1<br><br>18 U.S.C. § 513(a)<br>(Possession of Forged Security)<br>Counts 2-3<br><br>18 U.S.C. §§ 513(a) & 2<br>(Possession of Forged Security and Aid & Abet)<br>Count 4 |

**THE GRAND JURY CHARGES:**

At all time material to this indictment, in the District of Arizona and elsewhere:

**BACKGROUND**

1. In 2016 and 2017, TYRONE THOMAS DEMPS ("DEMPS") is believed to have resided in the Atlanta, Georgia, area.

2. Sometime between August 31, 2007, and September 3, 2007, three boxes of blank authentic State of Georgia motor vehicle certificates of title were stolen from the Georgia Department of Revenue. The stolen titles carried serial numbers 22756001 through 22760000; 22792001 through 22796000; and 22828001 through 22832000. The

perpetrator of the theft is currently unknown.

## THE SCHEME

3. Beginning on an unknown date no later than December 2016, and continuing through at least April 2017, DEMPS participated in a "title washing" scheme to defraud lienholders and buyers of high-end cars. DEMPS used forged Georgia certificates of title to fraudulently remove large liens from the cars' titles and then re-sell the cars to unsuspecting buyers.

4. When a car purchase is financed with a loan or lease, the lienholder's name is recorded on the car's title. The lien allows the lienholder (usually a bank or financing company) to reclaim the car, should the buyer default on the loan or lease. The lien also prevents the buyer from transferring the car's title without the permission of the lienholder.

5. "Title washing" is a fraudulent process through which a car's title is corruptly altered to remove information that should be on the title, including liens. After the lien is removed from the title, the car is sold without the permission of the lienholder. The buyer is unaware that he or she is purchasing a car on which there is still a lien and the lienholder is hampered in its ability to reclaim the car because the lien does not appear on the title.

6. As part of the scheme, DEMPS procured vehicles that were previously stolen or obtained by fraudulent means. Each vehicle had a lien or liens against it. DEMPS used forged Georgia titles to register the vehicles in Arizona and obtain "clean" Arizona titles on which the liens did not appear. The serial numbers on the forged Georgia titles used by DEMPS to register the vehicles in Arizona match serial numbers of blank titles stolen from the Georgia Department of Revenue in 2007.

7. After obtaining an Arizona title reflecting no liens, DEMPS sold or attempted to sell each car to an unsuspecting buyer.

### 2013 Jaguar XJ (VIN ending -3090)

8. On or about December 30, 2016, DEMPS used a forged stolen Georgia title (serial number 22758416) to register a 2013 Jaguar XJ in Arizona. The forged Georgia

title did not reflect a lien on the car and indicated that the owner, A.A., sold the Jaguar to DEMPS who purportedly lived at XXXX West Granada Road in Phoenix, Arizona. In fact, there was a lien on the Jaguar in the amount of $88,499.39 and DEMPS did not live at the West Granada Road address. DEMPS presented the forged Georgia title to the Arizona Department of Transportation (ADOT), Motor Vehicle Division (MVD), and paid $1,336.02 to register the Jaguar in Arizona. DEMPS registered the car in his name at the West Granada Road address.

9. On or about January 2, 2017, DEMPS sold the Jaguar to a used car dealership in Las Vegas, Nevada (Dealer 1). DEMPS presented his fraudulently obtained Arizona vehicle registration to the used car dealership. In exchange for the Jaguar, DEMPS received from Dealer 1 a 2008 Ford F250 pickup truck, valued at $31,559.25, and a check for $3,500.

### 2008 Ford F250 (VIN ending -9651)

10. On or about January 4, 2017, DEMPS obtained a temporary 90-day Arizona registration for the 2008 Ford F250 he received from Dealer 1 in exchange for the 2013 Jaguar XJ. DEMPS listed 9310 West Cabela Drive, Glendale, Arizona, as his residential address on his registration. The address DEMPS provided is not a residence, however, but a Holiday Inn Express hotel.

11. On or about April 17, 2017, DEMPS sold the Ford F250 to an unknowing buyer, K.A. K.A. paid DEMPS $8,000 in exchange for the vehicle, with an agreement to pay another $8,000 upon DEMPS delivering the vehicle title.

### 2016 Mercedes GLC (VIN ending -1180)

12. On or about February 7, 2017, DEMPS used a forged stolen Georgia title (serial number 22758432) to register a 2016 Mercedes GLC in Arizona. DEMPS listed 9310 West Cabela Drive, Glendale, Arizona, as his residential address on his registration. The address DEMPS provided is not a residence, however, but a Holiday Inn Express hotel. The forged Georgia title DEMPS presented to ADOT MVD to register the car did not reflect a lien on the car and indicated that the owner, K.E., sold the car to DEMPS on

February 7, 2017. In fact, there was a lien on the Mercedes in the amount of $44,206.76.

13. On or about February 9, 2017, DEMPS sold the 2016 Mercedes to I.H. in Phoenix, Arizona for $27,000. I.H. gave DEMPS a cashier's check for $27,000 and DEMPS presented I.H. with his fraudulently obtained Arizona vehicle registration.

<u>2013 Porsche Panamera (VIN ending -3057)</u>

14. On or about February 16, 2017, DEMPS sent a forged stolen Georgia title (serial number 22758423) for a 2013 Porsche Panamera to V.B. in Arizona via Delta Air Lines DASH cargo service. The fraudulent Georgia title did not reflect a lien on the car and listed an incorrect VIN. In fact, there was a lien on the Porsche in the amount of $49,700.

15. On or about February 16, 2017, at the direction of DEMPS, V.B. took the forged Georgia title to a third party authorized by ADOT MVD to perform title and registration services. V.B. used the forged Georgia title to register the Porsche in Arizona in her name. DEMPS paid V.B. for the registration costs.

16. After registering the Porsche in Arizona, V.B. flew to Houston, Texas, and met up with DEMPS, who was driving the Porsche. DEMPS put the new Arizona license plates obtained by V.B. on the car and attempted to sell it to a used car dealer in Houston, Texas on or about February 18, 2017, and February 20, 2017.

17. As a result of the above-described scheme, lienholders and unsuspecting buyers lost approximately $252,465.40 in total.

## COUNT 1

### (Mail Fraud)

18. The factual allegations in the preceding paragraphs are incorporated by reference to this Count.

19. Beginning on an unknown date no later than December 2016, and continuing through at least April 2017, the defendant, TYRONE THOMAS DEMPS, with the intent to defraud, devised and willfully participated in, with knowledge of its fraudulent nature, the above-described scheme and artifice to defraud and obtain money and property by

materially false and fraudulent pretenses, representations, and promises.

20. On or about February 16, 2017, in the District of Arizona, for the purpose of executing or attempting to execute the above-described scheme and artifice to defraud and deprive, DEMPS knowingly caused to be delivered by a private and commercial interstate carrier, namely, Delta Air Lines DASH cargo service, according to the directions thereon, the following matter: a package of documents containing a forged Georgia certificate of title bearing serial number 22758423.

All in violation of Title 18, United States Code, Section 1341.

## COUNT 2

**(Possession of Forged Security)**

21. The factual allegations in the preceding paragraphs are incorporated by reference to this Count.

22. On or about December 30, 2016, in the District of Arizona, the defendant, TYRONE THOMAS DEMPS, did knowingly make, utter, and possess a forged security of a state, to wit, a State of Georgia motor vehicle certificate of title bearing serial number 22758416, with the intent to deceive another person, organization, and government.

All in violation of Title 18, United States Code, Section 513(a).

## COUNT 3

**(Possession of Forged Security)**

23. The factual allegations in the preceding paragraphs are incorporated by reference to this Count.

24. On or about February 7, 2017, in the District of Arizona, the defendant, TYRONE THOMAS DEMPS, did knowingly make, utter, and possess, a forged security of a state, to wit, a State of Georgia motor vehicle certificate of title bearing serial number 22758432, with the intent to deceive another person, organization, and government.

All in violation of Title 18, United States Code, Section 513(a).

# COUNT 4

**(Possession of Forged Security and Aid & Abet)**

25. The factual allegations in the preceding paragraphs are incorporated by reference to this Count.

26. On or about February 16, 2017, in the District of Arizona, the defendant, TYRONE THOMAS DEMPS, did knowingly make, utter, and possess, and did knowingly aid and abet the making, uttering, and possession of, a forged security of a state, to wit, a State of Georgia motor vehicle certificate of title bearing serial number 22758423, with the intent to deceive another person, organization, and government.

All in violation of Title 18, United States Code, Sections 513(a) and 2.

A TRUE BILL

_s/_
FOREPERSON OF THE GRAND JURY
Date: June 1, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

_s/_
CAITLIN NOEL
Assistant U.S. Attorney